UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
                                      Case No.: 6:10-bk-22207-KSJ

HELEN ELIZABETH DOLPHIN,

     Debtor.
_____/

    x    **Chapter 13 Plan**        **Amended Chapter 13 Plan**

COMES NOW, the Debtor and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number | Months of Plan | Amount of Plan Payment |
|---|---|---|
| 1-60 | January 28, 2011 through December 28, 2015 | $432.00 |

The Debtor shall pay by **money order**, **cashier's check** or **wage deduction**, to **Laurie K. Weatherford, Chapter 13 Standing Trustee**, **P.O. Box 1103, Memphis, Tennessee 38101-1103**. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by Court Order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

| Attorney Fees<br>Attorney Name | Claim<br>Amount | Payment<br>Amount | Payment<br>Numbers |
|---|---|---|---|
| Paul L. Urich, Esquire | $ 3,540.00 | $269.00 | 1-13 |
| Law Office of Paul L. Urich, P.A. | | $ 43.00 | 14 |
| | | $ 0.00 | 15-60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and:

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Department of the Treasury/ Internal Revenue Service | $16,000.00 (under review) | $ 28.00 | 1-14 |
| | | $297.00 | 15-36 |
| | | $388.00 | 37-59 |
| | | $150.00 | 60 |

**Secured Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Volusia County Tax Collector | $2,500.00 est. | $ 90.92 | 1-36 |
| | | $  0.00 | 37-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Property to Be Surrendered**

| Name of Creditor | Property Address or Collateral |
|---|---|
| ISPC | Water treatment system |

**Valuation of Security**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Executory Contracts**
    The following Executory Contracts are assumed:    N/A
    The following Executory Contracts are rejected:    N/A

**Unsecured Creditors:** Unsecured creditors, whose claims are allowe, shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**: 1%.**

Property of the estate not surrendered in this Plan re-vests in the Debtor upon confirmation of the Plan.

Date:   December 30, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Chapter 13 Plan is being served by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, to all creditors and interested parties, as listed on the Court Matrix, on December 31, 2010.

Respectfully submitted,

LAW OFFICE OF PAUL L. URICH, P.A.

BY:   /s/ *Paul L. Urich, Esquire*

Paul L. Urich, Esquire
1510 East Colonial Drive
Suite 204
Orlando, Florida 32803
Telephone: (407) 896-3077
Telecopy:   (407) 896-3041
Florida Bar No.:0088780
Email:  urichp@urichoffice.com
Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-22207-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Dec 30 18:30:43 EST 2010 | American Express<br>c/o Becket and Lee LLP<br>Po Box 3001<br>Malvern, PA 19355-0701 | Amex<br>c/o Beckett & Lee<br>Po Box 3001<br>Malvern, PA 19355-0701 |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 | Bank of America-Bkcy Dept<br>NC41050314<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8110 | Bk Of Amer<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | County of Volusia Finance Department<br>123 Indiana Ave, Rm 103<br>DeLand FL 32720-4615 |
| Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007-1912 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197-6103 |
| Helen Elizabeth Dolphin<br>915 East Fairbairn Drive<br>Deltona, FL 32725-6955 | Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Water Works<br>PO Box 70<br>Pinellas Park, FL 33780-0070 | Gemb/belk<br>Po Box 981491<br>El Paso, TX 79998-1491 | Gemb/brandsource<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Indep Svg Pl<br>1115 Gunn Hwy<br>Odessa, FL 33556-5328 | Internal Revenue Service<br>Philadelphia, PA 19154-0030 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Metlife<br>PO Box 10356<br>Des Moines, IA 50306-0356 | Metlife Home Loans<br>PO Box 40724<br>Lansing, MI 48901-7924 | NCO Financial Systems Inc<br>507 Prudential Rd<br>Horsham, PA 19044-2368 |
| National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | TARGET NATIONAL BANK<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 | Tnb-visa<br>Po Box 560284<br>Dallas, TX 75356-0284 |
| United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | Paul L Urich<br>Law Office of Paul L Urich PA<br>1510 East Colonial Drive<br>Suite 204<br>Orlando, FL 32803-4734 | Volusia County Property Apr<br>123 W Indiana Ave<br>Deland, FL 32720-4615 |

```
Volusia County Tax Collector              Laurie K Weatherford
123 West Indiana Avenue                   Post Office Box 3450
Room 103                                  Winter Park, FL 32790-3450
Deland FL 32720-4615
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Capital One, N.a.                         Internal Revenue Service
Bankruptcy Dept                           Post Office Box 21126
Po Box 5155                               Philadelphia PA 19114
Norcross, GA 30091
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann                     End of Label Matrix
Orlando                                   Mailable recipients    31
                                          Bypassed recipients     1
                                          Total                  32
```